UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JOYCE NABORS,<br><br>            Plaintiff,<br><br>v.<br><br>HARTFORD LIFE INSURANCE COMPANY,<br><br>            Defendant. | Case No. C 13-02963 SI<br><br>(~~PROPOSED~~) ORDER GRANTING STIPULATION TO TRANSFER ACTION TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW MEXICO |

IT IS SO ORDERED that, for good cause appearing in the parties' stipulation, the Stipulation to Transfer this Action to the United States District Court for the District of New Mexico is hereby GRANTED. Defendant Hartford Life and Accident Insurance Company, erroneously named Hartford Life Insurance Company, need not file its responsive pleading until thirty (30) days from the effective date of transfer.

Dated: 8/26/13

_____
HON. SUSAN ILLSTON
U.S. DISTRICT COURT JUDGE

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4835-1133-7237 v1

- 1 -

Case No. C 13-02963 SI
(PROPOSED ORDER GRANTING STIPULATION RE TRANSFER OF VENUE